1  Joseph G. Adams (#018210)
   SNELL & WILMER L.L.P.
2  One Arizona Center
   400 E. Van Buren, Suite 1900
3  Phoenix, Arizona 85004-2202
   Telephone: 602.382.6000
4  Facsimile: 602.382.6070
   E-Mail: jgadams@swlaw.com
5  Attorneys for Charles Schwab & Co., Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In re DMCA Subpoena to Domains By Proxy LLC | **NOTICE AND REQUEST OF THE COURT TO ISSUE A SUBPOENA** |
|---|---|

Charles Schwab & Co., Inc. hereby gives notice of its request that the Clerk of the Court issue a subpoena pursuant to 17 U.S.C. § 512(h). The specific request is set forth in the letter attached as Exhibit A to this Notice.

DATED this 8th day of October, 2014.

SNELL & WILMER L.L.P.

By: s/ Joseph G. Adams
  Joseph G. Adams
  One Arizona Center
  400 E. Van Buren, Suite 1900
  Phoenix, Arizona 85004-2202

  Attorneys for Charles Schwab & Co., Inc.

20218488

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By   s/ Joseph G. Adams

20218488

- 2 -