# Exhibit A



Snell & Wilmer
L.L.P.
LAW OFFICES

One Arizona Center
400 East Van Buren Street
Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000
602.382.6070 (Fax)
www.swlaw.com

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
RENO
SALT LAKE CITY
TUCSON

Joseph G. Adams
(602) 382-6207
jgadams@swlaw.com

October 8, 2014

**VIA HAND DELIVERY**

Clerk of the Court
U.S. District Court for the District of Arizona
401 W. Washington St., Suite 130,
SPC 1
Phoenix, AZ 85003-2118

    Re:    **Application for DMCA Subpoena**

Dear Sir or Madam:

On behalf of my client Charles Schwab & Co., Inc. ("Schwab"), I respectfully request that the Clerk of the Court issue a subpoena pursuant to 17 U.S.C. § 512(h).

Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). For a subpoena to be issued, Section 512(h) requires that a copyright owner file the following with the Clerk:

1. A copy of the notifications required by Section 512(c)(3)(A);

2. A proposed subpoena; and

3. A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

Accordingly, attached for filing with the Clerk are Schwab's notification pursuant to Section 512(c)(3)(A), a proposed subpoena, and a sworn declaration. As Schwab has complied with the requirements of the statute, it asks that the Clerk pursuant to Section 512(h)(4) expeditiously issue and sign the proposed subpoena and return it to Schwab (c/o the undersigned counsel) for service on the subpoena recipient.

20214681

Snell & Wilmer is a member of LEX MUNDI, The Leading Association of Independent Law Firms.

Snell & Wilmer
L.L.P.

Clerk of the Court
October 8, 2014
Page 2

Thank you for your cooperation and prompt response in this matter. If you have any questions, you may reach me at the above contact information.

Very truly yours,

Snell & Wilmer

Joseph G. Adams

JGA:mg

Enclosures

cc:  Charles Schwab & Co., Inc.

20214681

# WINSTON & STRAWN LLP

101 California Street
San Francisco, CA 94111-5802
T: +1 (415) 591-1000
F: +1 (415) 591-1400
www.winston.com

**DAVID S. BLOCH**
Partner
415-591-1452
dbloch@winston.com

October 7, 2014

## VIA EMAIL AND MAIL

Director of Compliance
Rackspace US, Inc.
1 Fanatical Place
City of Windcrest
San Antonio, TX 78218
Mail Stop: US 109-2301
Abuse@rackspace.com

Re: **Demand for Immediate Take Down under DMCA**
    **URL: https://www.chuck-you.com**

Dear Sirs:

We are counsel to Charles Schwab & Co., Inc. The operators of the website at the domain listed above, www.chuck-you.com, which we understand is hosted by Rackspace US, Inc., are, without authorization, using and displaying a copyrighted website owned by Charles Schwab & Co., Inc. This letter constitutes notice pursuant to Section 512(c) of the Digital Millennium Copyright Act ("DMCA") demanding removal of the unauthorized copyrighted material identified below.

1. Identification of copyrighted work

   - Overall layout and graphics from *schwab.com* website homepage (http://www.chuck-you.com/)

2. Copyright infringing material or activity at the following locations

   http://www.chuck-you.com

The above locations are displaying without authorization the copyrighted website homepage identified above. To be clear, Charles Schwab & Co., Inc., takes no position concerning the contents of the chuck-you.com website but rather contends that the

BEIJING
BRUSSELS
CHARLOTTE
CHICAGO
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MOSCOW
NEW YORK
NEWARK
PARIS
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
WASHINGTON, D.C.


WINSTON
& STRAWN
LLP

Copyright Agent
Rackspace US, Inc.
October 7, 2014
Page 2

graphics and layout are copied directly from Charles Schwab & Co., Inc.'s copyright website homepage. Such copying is not authorized and does not constitute "fair use."

3.     Notice

We hereby give notice of these activities to you and request that you immediately remove or disable access to the material described above.

4.     Statement of Authority

I hereby certify under penalty of perjury that the information in this notice is accurate and that I am authorized to act on behalf of Charles Schwab & Co., Inc., the owner of the copyrights identified above. I have good faith belief that none of the materials or activities listed above has been authorized by my client, its agents, or the law.

Please advise us as soon as the above information has been removed from the server under your control. Thank you,

Yours very truly,

David S. Bloch

cc:     Charles Schwab & Co., Inc.

| | |
|---|---|
| **From:** | Chea, Carleen K. |
| **To:** | "abuse@rackspace.com" |
| **Cc:** | Bloch, David Spencer; Franco, Laura M. |
| **Subject:** | DMCA Takedown Notice |
| **Date:** | Tuesday, October 07, 2014 2:36:32 PM |
| **Attachments:** | Schwab-Oct7 ltr to Rackspace.pdf |
| | 3bclean-control.bin |

Please see attached correspondence from David S. Bloch sent today via e-mail and US mail. Thank you.

**Carleen K. Chea**
Legal Secretary
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802
T: +1 (415) 591-1000
D: +1 (415) 591-1535
F: +1 (415) 591-1400
Email | winston.com

WINSTON
& STRAWN
LLP



101 California Street
San Francisco, CA 94111-5802
T: +1 (415) 591-1000
F: +1 (415) 591-1400
www.winston.com

**DAVID S. BLOCH**
Partner
415-591-1452
dbloch@winston.com

October 8, 2014

### VIA EMAIL AND MAIL

Director of Compliance
Rackspace US, Inc.
1 Fanatical Place
City of Windcrest
San Antonio, TX 78218
Mail Stop: US 109-2301
Abuse@rackspace.com

BEIJING
BRUSSELS
CHARLOTTE
CHICAGO
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MOSCOW
NEW YORK
NEWARK
PARIS
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
WASHINGTON, D.C.

Re:  **Demand for Immediate Take Down under DMCA**
     **URL: https://www.chuck-u.com**

Dear Sirs:

We are counsel to Charles Schwab & Co., Inc. The operators of the website at the domain listed above, www.chuck-u.com, which we understand is hosted by Rackspace US, Inc., are, without authorization, using and displaying a copyrighted website owned by Charles Schwab & Co., Inc. This letter constitutes notice pursuant to Section 512(c) of the Digital Millennium Copyright Act ("DMCA") demanding removal of the unauthorized copyrighted material identified below.

1.  Identification of copyrighted work

    - Overall layout and graphics from *schwab.com* website homepage
      (http://www.chuck-u.com/)

2.  Copyright infringing material or activity at the following locations

    http://www.chuck-u.com

The above locations are displaying without authorization the copyrighted website homepage identified above. To be clear, Charles Schwab & Co., Inc., takes no position concerning the contents of the chuck-you.com website but rather contends that the

SF:380025.1


WINSTON
& STRAWN
LLP

Director of Compliance
Rackspace US, Inc.
October 8, 2014
Page 2

graphics and layout are copied directly from Charles Schwab & Co., Inc.'s copyright website homepage. Such copying is not authorized and does not constitute "fair use."

3. <u>Notice</u>

We hereby give notice of these activities to you and request that you immediately remove or disable access to the material described above.

4. <u>Statement of Authority</u>

I hereby certify under penalty of perjury that the information in this notice is accurate and that I am authorized to act on behalf of Charles Schwab & Co., Inc., the owner of the copyrights identified above. I have good faith belief that none of the materials or activities listed above has been authorized by my client, its agents, or the law.

Please advise us as soon as the above information has been removed from the server under your control. Thank you.

Yours very truly,

David S. Bloch


cc: Charles Schwab & Co., Inc.

SF:380025.1

| | |
|---|---|
| **From:** | Chea, Carleen K. |
| **To:** | abuse@rackspace.com |
| **Cc:** | Bloch, David Spencer; Franco, Laura M. |
| **Subject:** | DMCA Take Down Notice |
| **Date:** | Wednesday, October 08, 2014 12:10:00 PM |
| **Attachments:** | 3bclean-control.bin |
| | 2014-10-08 Letter to Rackspace US Inc.pdf |

Please see attached correspondence from David Bloch sent today via e-mail and US mail. Thank you.

**Carleen K. Chea**
**Legal Secretary**
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802
T: +1 (415) 591-1000
D: +1 (415) 591-1535
F: +1 (415) 591-1400
Email | winston.com


WINSTON & STRAWN LLP